IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, A TRUST FUND; CONSTRUCTION INDUSTRY LABORERS WELFARE FUND, A TRUST FUND; GREATER KANSAS CITY LABORERS VACATION PLAN, A TRUST FUND; CONSTRUCTION INDUSTRY LABORERS TRAINING FUND, A TRUST FUND; CONSTRUCTION INDUSTRY LABORERS SUPPLEMENTAL MEDICAL AND RETIREE TARGETED FUND, A TRUST FUND; JASON MENDENHALL, TRUSTEE OF THE CONSTRUCTION INDUSTRY LABORERS PENSION FUND, TRUSTEE OF THE CONSTRUCTION INDUSTRY LABORERS WELFARE FUND, TRUSTEE OF THE CONSTRUCTION INDUSTRY LABORERS SUPPLEMENTAL MEDICAL AND RETIREE TARGETED FUND,; KEVIN R FAHEY, TRUSTEE OF THE CONSTRUCTION INDUSTRY LABORERS PENSION FUND, TRUSTEE OF THE CONSTRUCTION INDUSTRY LABORERS TRAINING FUND; BYRON HORNUNG, TRUSTEE OF THE CONSTRUCTION INDUSTRY LABORERS WELFARE FUND; REGINALD L. THOMAS, TRUSTEE OF THE GREATER KANSAS CITY LABORERS VACATION PLAN; DONALD E GREENWELLIII, TRUSTEE OF THE GREATER KANSAS CITY LABORERS VACATION PLAN; GABRIEL T JONES, TRUSTEE OF THE CONSTRUCTION INDUSTRY LABORERS TRAINING FUND; AND MATHEW J BOWEN, TRUSTEE OF THE CONSTRUCTION INDUSTRY LABORERS SUPPLEMENTAL MEDICAL AND RETIREE TARGETED | Case No. 4:21-00053-CV-RK |

|  |  |
|---|---|
| FUND; | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| BLUE NILE CONTRACTORS, INC., | ) |
|  | ) |
| Defendant. | ) |

## JUDGMENT

Upon the Parties' Stipulation for Entry of Consent Judgment against the Defendant Blue Nile Contractors, Inc., in which said Defendant consents to entry of judgment in favor of Plaintiffs and against said Defendant,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment in favor of Plaintiffs Construction Industry Laborers Pension Fund, Construction Industry Laborers Welfare Fund, Greater Kansas City Laborers Vacation Plan, Construction Industry Laborers Training Fund, and Construction Industry Laborers Supplemental Medical and Retiree Targeted Fund ("Plaintiff Funds") in the amount of Sixty Thousand Dollars ($60,000.00).

2. Defendant shall pay Plaintiff Funds monthly installments, in the amount of Two Thousand Dollars ($2,000.00), on the first (1st) day of each month, beginning April 1, 2023, for a period of thirty (30) months or until the judgment is satisfied in full.

3. Plaintiffs shall stay execution on the judgment amount set forth in Paragraph 1 of this Judgment, pending compliance with the terms and conditions set forth in Paragraph 2.

4. In the event Defendant fails to make payments as set forth in Paragraph 2 of this Judgment, Plaintiffs shall provide Defendant with written notice to Counsel for Defendant of the missed payment. If the Defendant fails to tender payment within seven (7) days of its receipt of such notice, the entire judgment, less any payments made, shall become immediately due.

**IT IS SO ORDERED.**

                                                                           s/ Roseann A. Ketchmark
                                                                          ROSEANN A. KETCHMARK, JUDGE
                                                                          UNITED STATES DISTRICT COURT

DATED: March 14, 2023